| 1. Person Reporting (last name, first, middle initial) Ross, John A. | 2. Court or Organization District Court for the Eastern District of Missouri | 3. Date of Report 12/01/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge | 5a. Report Type (check appropriate type) [✓] Nomination, Date 12/01/2010 [ ] Initial [ ] Annual [ ] Final 5b. [ ] Amended Report | 6. Reporting Period 01/01/2009 to 11/29/2010 |
| 7. Chambers or Office Address Division 15, St. Louis County Courthouse 7900 Carondelet Clayton, Missouri 63105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Commercial Bank of Westport |
| 2. President | Buzz Westfall Charitable Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | Missouri State Employees Retirement Fund, pension upon retirement |
| 2. 1979 | St. Louis County Employee Retirement Fund, no control |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, John A. | 12/01/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | State of Missouri | $105,423.00 |
| 2. 2010 | Commercial Bank of Westport | $600.00 |
| 3. 2009 | State of Missouri | $120,484.00 |
| 4. 2009 | Commercial Bank of Westport | $800.00 |
| 5. 2008 | State of Missouri | $120,484.00 |
| 6. 2008 | Commercial Bank of Westport | $1,300.00 |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-employed sales consultant |
| 2. 2009 | Self-employed sales consultant |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ross, John A. | 12/01/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ross, John A. | 12/01/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Pitney Bowes common stock | A | Dividend | J | T | | | | | |
| 2. Lee Enterprises common stock | | None | J | T | | | | | |
| 3. Commercial Bank of Westport, common stock | | None | J | T | | | | | |
| 4. Spine Partners L.L.C. | E | Distribution | J | T | | | | | |
| 5. M & I Bank money market account | A | Interest | M | T | | | | | |
| 6. PNC Bank checking/money market | A | Interest | K | T | | | | | |
| 7. IRA #1 | B | Int./Div. | L | T | | | | | |
| 8. -Wells Fargo money market account | | | | | | | | | |
| 9. -Comerica Inc. common stock | | | | | | | | | |
| 10. IRA #2 | A | Dividend | J | T | | | | | |
| 11. -Van Kampen Govt. Securities Fund | | | | | | | | | |
| 12. J P Morgan Smart Retire 2030 retirement account | B | Dividend | K | T | | | | | |
| 13. Missouri 2020 Fund deferred compensation fund Templeton Dev | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,301 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

---

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ John A. Ross _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 175 | 962 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 6 | 464 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 15 | 375 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 93 | 475 |
| Real estate owned – see schedule | | 542 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 58 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| - Retirement Accounts – see schedule | | 106 | 941 | | | | |
| - College Savings Plan (American Century International Growth Portfolio) | | 3 | 286 | | | | |
| | | | | Total liabilities | | 93 | 475 |
| | | | | Net Worth | | 814 | 553 |
| Total Assets | | 908 | 028 | Total liabilities and net worth | | 908 | 028 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |